# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | JAMES WIELAND & LEAH SHIPPS |
| **Case Number:** | 2:16-BK-07353-DPC  **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 13, 2017 11:00 AM   6TH FLOOR #603 |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |
| **Audio File Name:** | PHL01361201.MP3 |
| **Audio File Size:** | 3,562 KB |
| **Audio File Length:** | 00:07:36 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

*Matter:*

**ADV: 2-16-00415**

**JAMES WIELAND & LEAH SHIPPS vs NELNET LOAN SERVICE INC ( JAX) & NAVIENT & UNITED STATES DEPARTMENT OF EDUCATION LI & UNITED STATES ATTORNEY'S OFFICE & UNITED STATES DEPARTMENT OF EDUCATION**
RULE 16(b) SCHEDULING CONFERENCE

**R / M #:**   22 / 0